164

Argued July 22, affirmed July 22, 1971

STATE OF OREGON, *Respondent, v.*
ALBERT LEO PALMER, *Appellant.*

487 P2d 99

*Gary D. Babcock,* Public Defender, Salem, argued the cause and filed the brief for appellant.

*Al J. Laue,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and Jacob B. Tanzer, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and FORT, Judges.

AFFIRMED FROM THE BENCH.